Danielle L. Kuck (State Bar No. 291782)
dkuck@wshblaw.com
Lisa Herme (State Bar No. 283111)
lherme@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2815 Townsgate Road, Suite 215
Thousand Oaks, California 91361-5827
Phone: (820) 333-4250 ♦ Fax: (820) 333-4249

Attorneys for Defendants,
REGAL CINEMAS, INC. and REGAL ENTERTAINMENT GROUP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VICTOR VILLEGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>REGAL CINEMAS, INC., REGAL ENTERTAINMENT GROUP, AND EDWARD SANTA MARIA STADIUM 14 & RPX,<br><br>    Defendants. | Case No. 2:20-cv-08691 PA (MAAx)<br><br>The Hon. Percy Anderson<br><br>**ORDER GRANTING DISMISSAL**<br><br>Trial Date:    None Set |

Pursuant to the parties' Stipulation of Dismissal and Federal Rule of Civil Procedure 41(a)(2):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** with prejudice; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

DATED: May 4, 2021

_____
Percy Anderson
United States District Judge

20974606.1:10437-0667

[PROPOSED] ORDER GRANTING DISMISSAL